**Peter Clayton McCLENDON, Plaintiff–Appellant,**

v.

**CITY OF COLUMBIA; et al., Defendants,**

* The Honorable Myron H. Bright, United States Circuit Judge for the Eighth Judicial Circuit, sitting by designation.

**City of Columbia; James R. Carney, Defendants–Appellees.**

**No. 00–60256.**

United States Court of Appeals, Fifth Circuit.

March 13, 2002.

Kathryn Neal Nester (argued), Jackson, MS, for Plaintiff–Appellant.

Thomas D. McNeese, Lawrence Elder Hahn (argued), McNeese & Hahn, Columbia, MS, for City of Columbia.

Sandra Schuffert Mohler (argued), Jon Mark Weathers, Bryan, Nelson, Randolph & Weathers, Hattiesburg, MS, for Carney.

ON PETITION FOR REHEARING EN BANC

Before KING, Chief Judge, and JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS, BENAVIDES, STEWART, PARKER, DENNIS and CLEMENT, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the petition for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral

argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.